IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SEAN CHRISTOPHER SARTIN, | ) | 8:15CV189 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Respondent. | ) | |

On June 4, 2015, the court ordered Petitioner to pay the $5.00 filing fee or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, Petitioner has not paid the fee, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Petitioner failed to prosecute it diligently and failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 3rd day of August, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge